```
 1  DENNIS S. WAKS, Bar #142581
    Acting Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIA MOSQUEDA-GONZALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | NO. 2:05-cr-0514-MCE |
|                 Plaintiff,  ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
|    v.                             ) | |
| MARIA MOSQUEDA-GONZALES,          ) | Date:  February 21, 2006 |
|                 Defendant.  ) | Time:  8:30 a.m. |
| _____ ) | Judge: Morrison C. England, Jr. |

   IT IS HEREBY STIPULATED by and between MICHAEL BECKWITH, Assistant United States Attorney, and MATTHEW BOCKMON, attorney for defendant MARIA MOSQUEDA-GONZALES, that the status conference presently scheduled for January 24, 2006 be vacated and rescheduled for status conference on February 21, 2006 at 8:30 a.m.

   This continuance is requested because defense counsel has received the Pre-Plea Advisory Guideline Presentence Report and needs time to review it with his client and to negotiate with the government toward a possible resolution of the case.

///

1  The parties agree that the Court should exclude time under the
2  Speedy Trial Act from the date of this order through the date of the
3  status conference set for February 21, 2006 pursuant to 18 U.S.C. §
4  3161 (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.
5  Dated: January 20, 2006

Respectfully submitted,

DENNIS S. WAKS
Acting Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
MARIA MOSQUEDA-GONZALEA

Dated: January 20, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MICHAEL BECKWITH
Assistant U.S. Attorney
per telephonic authority

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

**O R D E R**

FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  Time is excluded under Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.

IT IS SO ORDERED that the status conference of January 24, 2006 be vacated and the case set for status conference on February 21, 2006 at 8:30 a.m.

Dated: January 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE