```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  MARIA MOSQUEDA-GONZALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 2:05-cr-0514-MCE |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING STATUS CONFERENCE AND |
| v. | ) EXCLUDING TIME |
| MARIA MOSQUEDA-GONZALES, | ) |
| Defendant. | ) Date:  March 7, 2006<br>) Time:  8:30 a.m.<br>) Judge: Morrison C. England, Jr. |
| _____ | ) |

   IT IS HEREBY STIPULATED by and between MICHAEL BECKWITH, Assistant United States Attorney, and MATTHEW BOCKMON, attorney for defendant MARIA MOSQUEDA-GONZALES, that the status conference presently scheduled for February 21, 2006 be vacated and rescheduled for status conference on March 7, 2006 at 8:30 a.m.

   This continuance is requested because defense counsel will be out of the district.

   The parties agree that the Court should exclude time under the Speedy Trial Act from the date of this order through the date of the status conference set for March 7, 2006 pursuant to 18 U.S.C. § 3161

1  (h)(8)(B)(iv) for reasonable time to prepare and Local Code T4.
2  Dated: February 15, 2006
3                                         Respectfully submitted,
4                                         DANIEL J. BRODERICK
                                          Acting Federal Defender
5
                                          /s/ Matthew C. Bockmon
6                                         _____
                                          MATTHEW C. BOCKMON
7                                         Assistant Federal Defender
                                          Attorney for Defendant
8                                         MARIA MOSQUEDA-GONZALEA
9
10 Dated: February 15, 2006                MCGREGOR W. SCOTT
                                          United States Attorney
11
                                          /s/ Matthew C. Bockmon for
12                                        _____
                                          MICHAEL BECKWITH
13                                        Assistant U.S. Attorney
                                          per telephonic authority
14

15                                **O R D E R**

16    FOR GOOD CAUSING SHOWING, the Court finds that the ends of justice
17 served by granting this continuance outweigh the best interest of the
18 public and the defendant in a speedy trial.  Time is excluded under
19 Title 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T-4.
20    IT IS SO ORDERED that the status conference of February 21, 2006
21 be vacated and the case set for status conference on March 7, 2006 at
22 8:30 a.m.
23 Dated: February 23, 2006
24
25
26 _____
   MORRISON C. ENGLAND, JR
27 UNITED STATES DISTRICT JUDGE
28

2