| | |
|---|---|
| 1 | DANIEL J. BRODERICK Bar #89424 |
| | Federal Defender |
| 2 | |
| 3 | JEFFREY L. STANIELS, Bar #91413 |
| | Assistant Federal Defender |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| 6 | Attorney for Defendant |
| | MARIA MOSQUEDA-GONZALES |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00446 MCE |
| | ) | No. 2:05-cr-00514 MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING CASE AND EXCLUDING |
| MARIA MOSQUEDA-GONZALES, | ) | TIME |
| | ) | |
| Defendant. | ) | Date: April 30, 2009 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel McConkie acting for Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant MARIA MOSQUEDA-GONZALES, that the above matter be dropped from this court's calendar for April 30, 2009, at the request of the defense and be continued until May 21, 2009, for status conference. This continuance is requested in order to permit further consultation and further defense preparation.

**IT IS FURTHER STIPULATED** that the time from April 30, 2009, through May 21, 2009, be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: April 28, 2009         Lawrence G. Brown
                             Acting United States Attorney

                             /S/ Daniel McConkie for MDA
                             By:   MICHAEL D. ANDERSON
                             Assistant United States Attorney
                             Counsel for Plaintiff

Date: April 28, 2009         /S/ Jeffrey L. Staniels
                             JEFFREY L. STANIELS
                             Assistant Federal Defender
                             Attorney for Defendant
                             MARIA MOSQUEDA-GONZALES

## O R D E R

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for April 30, 2009, and is ordered to be re-calendared for May 21, 2009, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from April 30, 2009, through May 21, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE