DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA MOSQUEDA-GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00446 MCE |
| | ) | No. 2:05-cr-00514 MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING CASE AND EXCLUDING |
| MARIA MOSQUEDA-GONZALES, | ) | TIME |
| | ) | |
| Defendant. | ) | Date: May 21, 2009 |
| | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Daniel McConkie acting for Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant MARIA MOSQUEDA-GONZALES, that the above matters be dropped from this court's calendar for May 21, 2009, at the request of the defense and be continued until July 16, 2009, for status conference. This continuance is requested in order to permit further consultation and further defense preparation.

**IT IS FURTHER STIPULATED** that the time from May 21, 2009, through July 16, 2009, be excluded from computation of time within which the trial of this matter must be

commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: May 20, 2009            Lawrence G. Brown
                              Acting United States Attorney

                              /S/ Daniel McConkie for MDA
                              By:   MICHAEL D. ANDERSON
                              Assistant United States Attorney
                              Counsel for Plaintiff

Date: May 20, 2009            /S/ Jeffrey L. Staniels
                              JEFFREY L. STANIELS
                              Assistant Federal Defender
                              Attorney for Defendant
                              MARIA MOSQUEDA-GONZALES

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for May 21, 2009, and is ordered to be re-calendared for July 16, 2009, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from May 21 2009, through July 16, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

By the Court,

Dated:  May 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE