DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA MOSQUEDA-GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00446 MCE |
| | ) | No. 2:05-cr-00514 MCE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | CONTINUING CASE AND EXCLUDING |
| MARIA MOSQUEDA-GONZALES, | ) | TIME |
| | ) | |
| Defendant. | ) | Date:   August 13, 2009 |
| | ) | Time:   9:00 a.m. |
| _____ | ) | Judge:  Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant MARIA MOSQUEDA-GONZALES, that the above matters be vacated from this court's calendar for August 13, 2009, at the request of the defense and be continued until September 24, 2009, for status conference. This continuance is requested in light of both counsel's trial schedule and in order to permit completion of consultation and defense preparation. The parties anticipate that the case will either resolve or be set for trial at the September 24 status conference.

///

///

**IT IS FURTHER STIPULATED** that the time from August 13, 2009, through September 24, 2009, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T-4

**IT IS SO STIPULATED.**

Date: August 12, 2009    Lawrence G. Brown
                         Acting United States Attorney

                         /S/ Michael D. Anderson
                         By:  MICHAEL D. ANDERSON
                         Assistant United States Attorney
                         Counsel for Plaintiff

Date: August 12, 2009    /S/ Jeffrey L. Staniels
                         JEFFREY L. STANIELS
                         Assistant Federal Defender
                         Attorney for Defendant
                         MARIA MOSQUEDA-GONZALES

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be vacated from the calendar for August 13, 2009, and is ordered to be re-calendared for September 24 2009, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from August 13, 2009, through September 24 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated:  August 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE