DANIEL J. BRODERICK Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARIA MOSQUEDA-GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIA MOSQUEDA-GONZALES,<br>Defendant. | No. 2:08-cr-00446 MCE<br>No. 2:05-cr-00514 MCE<br>STIPULATION AND ORDER CONTINUING CASES<br>Date: January 7, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Michael D. Anderson, counsel for plaintiff United States of America, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant MARIA MOSQUEDA-GONZALES, that the above matters be vacated from this court's calendar for January 7, 2010, at the request of the defense and be continued until February 25, 2010, for judgment and sentence. This continuance is requested in light of defense counsel's recent unavailability and in order to permit completion of consultation and preparation for sentencing.

///

1   Since the matter is scheduled for sentencing, this
2 continuance does not implicate provisions of the Speedy Trial
3 Act, 18 U.S.C. § 3161 *et. seq.*
4   **IT IS SO STIPULATED**.

6 Date: January 5, 2010                    Benjamin B. Wagner
                                           United States Attorney

8                                          /S/ Michael D. Anderson
                                           By:   MICHAEL D. ANDERSON
9                                          Assistant United States Attorney
                                           Counsel for Plaintiff

11 Date: January 5, 2010                   /S/ Jeffrey L. Staniels
                                           JEFFREY L. STANIELS
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13                                         MARIA MOSQUEDA-GONZALES

**O R D E R**

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for January 7, 2010, and is ordered to be re-calendared for February 25, 2010, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from August 13, 2009, through September 24 2009, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

**IT IS SO ORDERED.**

Dated: January 6, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3